# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINA ATTERBURY, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>  v.<br><br>EARN COMPANY, et al.,<br><br>   *Defendants*. | CIVIL ACTION<br>NO. 21-623 |

## <u>ORDER</u>

**AND NOW**, this 9th day of April 2021, upon consideration of Plaintiff's Notice of Dismissal (ECF No. 20), it is hereby **ORDERED** that the above-captioned case is **DISMISSED** pursuant to F.R.C.P. 41(a)(1)(A)(i).

               BY THE COURT:

               */s/ Gerald J. Pappert*
               GERALD J. PAPPERT, J.